cc: SOM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 18 2019
at 1 o'clock and 30 min. PM
SUE BEITIA, CLERK

RECEIVED
CLERK, U. S. DISTRICT COURT
JUN 14 2019  12:48pm
DISTRICT OF HAWAII   JT

Electronically Filed
Supreme Court
SCCQ-19-0000397
13-JUN-2019
03:11 PM

SCCQ-19-0000397

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LIONEL LIMA, JR., et al., individually and on behalf of all others similarly situated, Plaintiffs-Appellees,

vs.

DEUTSCHE BANK NATIONAL TRUST COMPANY, Defendant-Appellant.
(Civ. No. 12-00509 SOM-WRP)

----------------------------------------------------------

EVELYN JANE GIBO, et al., individually and on behalf of all others similarly situated, Plaintiffs-Appellees,

vs.

U.S. BANK NATIONAL ASSOCIATION, Defendant-Appellant.
(Civ. No. 12-00514 SOM-WRP)

----------------------------------------------------------

DAVID EMORY BALD, et al., individually and on behalf of all others similarly situated, Plaintiffs-Appellees

vs.

WELLS FARGO BANK, N.A., Defendant-Appellant.
(Civ. No. 13-00135 SOM-RT)

---

ORIGINAL PROCEEDING

ORDER ON CERTIFIED QUESTION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

On May 16, 2019, the United States District Court for the District of Hawaiʻi issued an order certifying a question to

Received By Mail
Date 6/14/19
LS

this court. The order was transmitted to this court on May 21, 2019. Upon consideration of the order and the record before this court, it appears that the question is amenable to answer by this court pursuant to Hawai'i Rules of Appellate Procedure ("HRAP") Rule 13. Therefore,

IT IS HEREBY ORDERED, without conclusively determining whether this court will answer the question, that:

1. Defendants Deutsche Bank National Trust Company (for Civ. No. 12-00509 SOM-WRP), U.S. Bank National Association (for Civ. No. 12-00514 SOM-WRP), and Wells Fargo Bank, N.A. (for Civ. No. 13-00135 SOM-RT) are designated the Appellant for their respective cases for purposes of this proceeding and shall pay the required filing fee for an original proceeding in this court.

2. Plaintiffs Lionel Lima, Jr., et al. (for Civ. No. 12-00509 SOM-WRP), Evelyn Jane Gibo, et al. (for Civ. No. 12-00514 SOM-WRP), and David Emory Bald, et al. (for Civ. No. 13-00135 SOM-RT) are designated the Appellee for their respective cases for purposes of this proceeding.

3. Pursuant to HRAP Rule 13(c), Defendants-Appellants shall make all necessary arrangements with the clerk of the United States District Court for the District of Hawai'i to transmit the original or certified copies of the records of the federal court cases to this court. It shall be the responsibility of Defendants-Appellants to ensure that the record is received in this court within thirty (30) days from the date of this order.

4. After the record is filed in the supreme court, each Defendant-Appellant shall file an opening brief within the time provided by HRAP Rule 28(b). The opening brief shall conform to the format and content requirements of HRAP Rule 28, as applicable. A statement of jurisdiction pursuant to HRAP Rule

12.1 is not necessary.

    5.   Thereafter, each Plaintiff-Appellee shall file an answering brief within the time provided by HRAP Rule 28(c). The answering brief shall conform to the format and content requirements of HRAP Rule 28, as applicable.

    6.   Each Defendant-Appellant may file a reply brief in accordance with HRAP Rule 28(d).

    7.   The parties may elect to file consolidated briefs as appropriate.

    DATED: Honolulu, Hawai‘i, June 13, 2019.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

